UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. NAJEE MCCOY, 11-cr-0832 (DMC)
SBI No.: 161145D, D.O.B.: 07/15/1987

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum         ( ) Ad Testificandum

1. NAJEE MCCOY, SBI No.: 161145D, D.O.B.: 07/15/1987 (hereinafter the "Detainee") is now confined at the Wagner Youth Correctional Facility, Bordentown, New Jersey 08505.

2. The Detainee is a defendant in a federal case and will be required at Newark, New Jersey before the Honorable Dennis M. Cavanaugh, on Monday, August 27, 2012 at 10:00 a.m. for a Rule 11 Hearing. A Writ of Habeas Corpus should be issued for that purpose.

DATED: August 7, 2012

Osmar J. Benvenuto
Assistant United States Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 8 AUG. 2012

Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Wagner Youth Correctional Facility:

WE COMMAND YOU that you have the body of

**NAJEE MCCOY, SBI No.: 161145D, D.O.B.: 07/15/1987**

now confined at the Wagner Youth Correctional Facility, brought before the United States District Court, the Hon. Dennis M. Cavanaugh, U.S. District Court, in the U.S. Post Office and Courthouse, Newark, New Jersey 07102 on Monday, August 27, 2012 at 10:00 a.m., in civilian clothes, so that the Detainee may appear for a Rule 11 Hearing in the above-captioned matter.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: 8 AUGUST 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk