UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. NAJEE MCCOY, 11-cr-0832 (DMC)
SBI No.: 161145D, D.O.B.: 07/15/1987

## PETITION FOR
## WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum          ( ) Ad Testificandum

1. NAJEE MCCOY, SBI No.: 161145D, D.O.B.: 07/15/1987 (hereinafter the "Detainee") is now confined at the Wagner Youth Correctional Facility, Bordentown, New Jersey 08505.

2. The Detainee is a defendant in a federal case and will be required at Newark, New Jersey before the Honorable Dennis M. Cavanaugh, on Monday, December 17, 2012 at 9:00 a.m. for a sentencing hearing. A Writ of Habeas Corpus should be issued for that purpose.

DATED: December 7, 2012

s/ Osmar J. Benvenuto
_____
Osmar J. Benvenuto
Assistant United States Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 10 DEC. 2012

_____
Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Wagner Youth Correctional Facility:

WE COMMAND YOU that you have the body of

**NAJEE MCCOY, SBI No.: 161145D, D.O.B.: 07/15/1987**

now confined at the Wagner Youth Correctional Facility, brought before the United States District Court, the Hon. Dennis M. Cavanaugh, U.S. District Court, in the U.S. Post Office and Courthouse, Newark, New Jersey 07102 on Monday, December 17, 2012 at 9:00 a.m., in civilian clothes, so that the Detainee may appear for a sentencing hearing in the above-captioned matter.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: 10 DEC. 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk